**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re: §
§
FASTRACK MEDICAL SUPPLIES INC § Case No. 12-43245
§
Debtor §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/31/2012 . The undersigned trustee was appointed on 12/20/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $     5,150.79

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 13.45 |
| Bank service fees | 460.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 4,677.34 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was  04/30/2013  and the deadline for filing governmental claims was  04/29/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,265.08 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,265.08 , for a total compensation of $ 1,265.08 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 7.51 , for total expenses of $ 7.51 [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/22/2016          By:/s/R. SCOTT ALSTERDA
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-43245 | DRC | Judge: DONALD R. CASSLING | | Trustee Name: | R. SCOTT ALSTERDA |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | FASTRACK MEDICAL SUPPLIES INC | | | | Date Filed (f) or Converted (c): | 10/31/12 (f) |
| | | | | | 341(a) Meeting Date: | 12/20/12 |
| For Period Ending: | 12/22/16 | | | | Claims Bar Date: | 04/30/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chase Checking Account | 37.00 | 4,615.41 | | 4,615.41 | FA |
| 2. $2,400.00 Security Deposit with Landlord - Main Ke | 0.00 | 0.00 | | 0.00 | FA |
| 3. Medicaid Helathcare and Family Services Bureau of | 28,293.76 | 535.38 | | 535.38 | FA |
| 4. 2009 Ford 150 Delivery Van (More than 58,312 Miles | 15,150.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous Used Office Furniture, Three Used Co | 600.00 | 0.00 | | 0.00 | FA |
| 6. Assorted Medical Supplies | 780.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)      $44,860.76      $5,150.79      $5,150.79      Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The State of Illinois owes money to the Debtor and a request for payment has been made, but due to the State's financial difficulties, payments are very delayed.

Initial Projected Date of Final Report (TFR): 08/30/13     Current Projected Date of Final Report (TFR): 01/31/17

/s/   R. SCOTT ALSTERDA
_____   Date: 12/22/16

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 12-43245　　DRC　　Judge: DONALD R. CASSLING | Trustee Name:　　R. SCOTT ALSTERDA |
| Case Name: | FASTRACK MEDICAL SUPPLIES INC | Date Filed (f) or Converted (c):　　10/31/12 (f) |
| | | 341(a) Meeting Date:　　12/20/12 |
| | | Claims Bar Date:　　04/30/13 |

R. SCOTT ALSTERDA

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-43245 -DRC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | FASTRACK MEDICAL SUPPLIES INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9891 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5482 | | | |
| For Period Ending: | 12/22/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/13 | 1 | JPMorgan Chase Bank, N.A. Columbus, OH | Checking Account (Cashier's Check) | 1129-000 | 4,615.41 | | 4,615.41 |
| 03/07/13 | 030001 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond Payment | 2300-000 | | 3.67 | 4,611.74 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,601.74 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,591.74 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,581.74 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,571.74 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,561.74 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,551.74 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,541.74 |
| 10/07/13 | 3 | Healthcare & Family Services Judy Baar Topinka Treasurer of the State of Illinois | A/R HC & F Services paid to Fastrac | 1121-000 | 187.24 | | 4,728.98 |
| 10/07/13 | 3 | Healthcare & Family Services Judy Baar Topinka | A/R HC & F Service paid to Fastrack | 1121-000 | 348.14 | | 5,077.12 |
| | | | Page Subtotals | | 5,150.79 | 73.67 | |

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 5)*  Ver: 19.06c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 12-43245 -DRC | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | FASTRACK MEDICAL SUPPLIES INC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9891  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5482 | | |
| For Period Ending: | 12/22/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Treasurer of the State of Illinois | | | | | |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,067.12 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,057.12 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,047.12 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,037.12 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,027.12 |
| 02/10/14 | 030002 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond #016026455 | 2300-000 | | 4.08 | 5,023.04 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,013.04 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,003.04 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,993.04 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,983.04 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,973.04 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,963.04 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,953.04 |

Page Subtotals        0.00        124.08

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 12-43245 -DRC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | FASTRACK MEDICAL SUPPLIES INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9891 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5482 | | | |
| For Period Ending: | 12/22/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,943.04 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,933.04 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,923.04 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,913.04 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,903.04 |
| 02/20/15 | 030003 | Arthur B. Levine Company<br>Attention Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Bond #10BSBGR6291 | 2300-000 | | 2.75 | 4,900.29 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,890.29 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,880.29 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,870.29 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,860.29 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,850.29 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,840.29 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,830.29 |

Page Subtotals        0.00        122.75

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 12-43245 -DRC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | FASTRACK MEDICAL SUPPLIES INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9891 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5482 | | | |
| For Period Ending: | 12/22/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,820.29 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,810.29 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,800.29 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,790.29 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,780.29 |
| 02/12/16 | 030004 | Arthur B. Levine Company<br>Attention Maria Sponza<br>370 Lexington Avenue, Suite 1101<br>New York, New York 10017 | Bond Payment | 2300-000 | | 2.95 | 4,777.34 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,767.34 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,757.34 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,747.34 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,737.34 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,727.34 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,717.34 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,707.34 |

Page Subtotals    0.00    122.95

LFORM24    UST Form 101-7-TFR (5/1/2011) *(Page: 8)*    Ver: 19.06c

Page: 5

FORM 2

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-43245 -DRC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | FASTRACK MEDICAL SUPPLIES INC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9891 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5482 | | |
| For Period Ending: | 12/22/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,697.34 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,687.34 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,677.34 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,150.79 | 473.45 | 4,677.34 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,150.79 | 473.45 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,150.79 | 473.45 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******9891 | 5,150.79 | 473.45 | 4,677.34 |
| | 5,150.79 | 473.45 | 4,677.34 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ R. SCOTT ALSTERDA      Date: 12/22/16
R. SCOTT ALSTERDA

Page Subtotals     0.00     30.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 22, 2016 |
|---|---|---|---|---|---|---|
| Case Number: | 12-43245 | Claim Class, Priority Sequence | | | | |
| Debtor Name: | FASTRACK MEDICAL SUPPLIES INC | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000<br>2100-00 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,265.08 | $1,265.08 |
| 000<br>2200-00 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Administrative | | $0.00 | $7.51 | $7.51 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $7.75 | $7.75 |
| BOND<br>999<br>2300-00 | Arthur B. Levine Company<br>Attention Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Administrative | | $0.00 | $5.70 | $5.70 |
| 000001B<br>040<br>5800-00 | Illinois Dept. of Employment Security<br>33 South State Street<br>Attn Bankruptcy Unit, 10th Fl.<br>Chicago, Illinois 60603 | Priority | | $0.00 | $437.21 | $437.21 |
| 000002B<br>040<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $0.00 | $3,360.08 | $3,360.08 |
| 000003B<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $0.00 | $1,718.28 | $1,718.28 |
| 000004<br>070<br>7100-00 | Dalton Medical Corporation<br>1435 Bradley Lane Ste 100<br>Carrollton, TX 75007 | Unsecured | (4-1) Creditor name updated 3/7/2013 | $0.00 | $7,827.70 | $7,827.70 |
| 000005<br>070<br>7100-00 | TriState Surgical<br>409 Hoyt St<br>Brooklyn, NY 11231 | Unsecured | (5-1) Creditor name updated 3/7/2013<br>jonahotristatesurgical.com | $0.00 | $22,517.51 | $22,517.51 |
| 000006<br>070<br>7100-00 | BMW Financial Services NA, LLC<br>P.O. Box 201347<br>Arlington, TX 76006 | Unsecured | | $0.00 | $8,031.78 | $8,031.78 |
| 000007<br>070<br>7100-00 | Medline Industries Inc<br>Attn: Anne Kisha<br>One Medline Place<br>Mundelein, IL 60060 | Unsecured | | $0.00 | $4,866.86 | $4,866.86 |
| 000001A<br>080<br>7300-00 | Illinois Dept. of Employment Security<br>33 South State Street<br>Attn Bankruptcy Unit, 10th Fl.<br>Chicago, Illinois 60603 | Unsecured | (1-1) Unemployment tax | $0.00 | $50.00 | $50.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: December 22, 2016 |

Case Number: 12-43245  
Debtor Name: FASTRACK MEDICAL SUPPLIES INC  

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000002A 080 7300-00 | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Unsecured | | $0.00 | $4,028.38 | $4,028.38 |
| 000003A 080 7300-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Unsecured | | $0.00 | $219.16 | $219.16 |
| | Case Totals: | | | $0.00 | $54,343.00 | $54,343.00 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-43245  
Case Name: FASTRACK MEDICAL SUPPLIES INC  
Trustee Name: R. SCOTT ALSTERDA  

Balance on hand $ 4,677.34

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 1,265.08 | $ 0.00 | $ 1,265.08 |
| Trustee Expenses: R. SCOTT ALSTERDA | $ 7.51 | $ 0.00 | $ 7.51 |
| Other: Arthur B. Levine Company | $ 5.70 | $ 5.70 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 7.75 | $ 7.75 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 1,272.59

Remaining Balance $ 3,404.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,515.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Illinois Dept. of Employment Security | $ 437.21 | $ 0.00 | $ 269.89 |
| 000002B | Department of the Treasury | $ 3,360.08 | $ 0.00 | $ 2,074.17 |
| 000003B | Illinois Department of Revenue | $ 1,718.28 | $ 0.00 | $ 1,060.69 |
| | Total to be paid to priority creditors | | | $ 3,404.75 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,243.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Dalton Medical Corporation | $ 7,827.70 | $ 0.00 | $ 0.00 |
| 000005 | TriState Surgical | $ 22,517.51 | $ 0.00 | $ 0.00 |
| 000006 | BMW Financial Services NA, LLC | $ 8,031.78 | $ 0.00 | $ 0.00 |
| 000007 | Medline Industries Inc | $ 4,866.86 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 4,297.54 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Illinois Dept. of Employment Security | $ 50.00 | $ 0.00 | $ 0.00 |
| 000002A | Department of the Treasury | $ 4,028.38 | $ 0.00 | $ 0.00 |
| 000003A | Illinois Department of Revenue | $ 219.16 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |