UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case 12-43245 |
| | ) | Chapter 7 |
| Fastrack Medical Supplies, Inc., | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

      I, the undersigned attorney, hereby certify that on January 10, 2017, I electronically filed the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following individuals:

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

**Todd M Wincek**                                    **Fastrack Medical Supplies, Inc.**
Burns & Wincek, Ltd                                  3905 Howard Street
53 West Jackson Blvd., Suite 909    *representing*   Skokie, IL 60076-3778
Chicago, IL 60604                                    *(Debtor 1)*

                                              /s/ R. Scott Alsterda

and I hereby further certify that on January 10, 2017, I caused to be sent by first class U.S. mail the **Certificate of Service** and **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to the following non-registered individuals who have filed proofs of claims with the bankruptcy court by depositing envelopes in the mailboxes located at 70 W. Madison, Suite 3500, Chicago, IL 60602 before the hour of 5:00 p.m.:

BMW Financial Services NA, LLC
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006-1347

Fastrack Medical Supplies, Inc.
3905 Howard Street
Skokie, IL 60076-3778

A CMS Contracted Agent
Medicare
Lockbox # 809273
Chicago, IL 60680-9273

BMW Financial Services
Customer Service Center
PO Box 3608
Dublin, OH 43016-0306

BMW Financial Services NA, LLC
5550 Britton Parkway
Hilliard, OH 43026-7456

BMW Financial Services NA, LLC
PO Box 201347
Arlington, TX 76006-1347

BMW Financial Services NA, LLC
c/o Ascension Capital Group
PO Box 201347
Arlington, TX 76006-1347

Charter One
PO Box 9665
Providence, RI 02940-9665

Copy Express
PO Box 773
Skokie, IL 60076-0773

Dalton Medical Corporation
1435 Bradley Lane Ste 100
Carrollton, TX 75007-4976

Department of the Treaasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Ford Motor Credit Company
PO Box 62180
Colorado Springs, CO 80962-2180

Ford Credit
PO Box 790093
Saint Louis, MO 63179-0093

Illinois Department of Employment
Benefit Repayments
PO Box 19286
Springfield, IL 62794-9286

Illinois Department of Employment Security
Attn: Bankruptcy Unit - 10th Flr.
33 South State Street
Chicago, Illinois 60603-2808

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Illinois Dept. of Employment Sec.
PO Box 1906
Springfield, IL 62705-1906

Illinois Dept. of Employment Sec.
PO Box 19300
Springfield, IL 62794-9300

Invacare Corporation
Collection Administrator
1320 Taylor Street
Elyria, OH 44035-6250

| | |
|---|---|
| Medicare<br>Healthcare and Family Services<br>607 East Adams, Street7th Floor<br>Springfield, IL 62701 | National Government Services Inc.<br>Lockbox 809273<br>Chicago, IL 60680-9273 |
| Main Kedvale Corporation<br>7721 North Kostner Avenue<br>Skokie, IL 60076-3619 | Social Security Administration<br>Mid America Program Service Center<br>PO Box 15528<br>Kansas City, MO 64106-0528 |
| Medicare<br>Lockbox #809273<br>Chicago, IL 60680-9273 | Social Security Administration<br>Office of Central Operations<br>1500 Woodlawn Drive<br>Baltimore, MD 21241-0001 |
| Medline Industries Inc.<br>Attn: Anne Kisha<br>One Medline Place<br>Mundelein, IL 60060-4486 | TriState Surgical<br>409 Hoyt Street<br>Brooklyn, NY 11231-4858 |

Respectfully submitted,

Dated: January 10, 2017

R. SCOTT ALSTERDA, not individually but as Chapter 7 Trustee for Fastrack Medical Supplies, Inc., Debtor

/s/  R. Scott Alsterda
*One of his attorneys*

R. Scott Alsterda (# 3126771)
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-9203 (Tel.);
(312) 977-4405 (Fax)
Email:  rsalsterda@nixonpeabody