# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| FASTRACK MEDICAL SUPPLIES INC | § | Case No. 12-43245 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 16,530.00<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  3,404.75 | Claims Discharged<br>Without Payment:  198,121.87 |
| Total Expenses of Administration:  1,746.04 | |

3) Total gross receipts of $ 5,150.79  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 5,150.79  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 9,901.71 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,746.04 | 1,746.04 | 1,746.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 5,515.57 | 5,515.57 | 3,404.75 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 148,469.66 | 47,541.39 | 47,541.39 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 158,371.37 | $ 54,803.00 | $ 54,803.00 | $ 5,150.79 |

    4) This case was originally filed under chapter 7 on 10/31/2012. The case was pending for 53 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/03/2017    By:/s/R. SCOTT ALSTERDA
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Medicaid Helathcare and Family Services Bureau of | 1121-000 | 535.38 |
| Chase Checking Account | 1129-000 | 4,615.41 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,150.79** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Credit PO Box 790093 Saint Louis, MO 63179 | | 9,901.71 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 9,901.71** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA AS TRUSTEE | 2100-000 | NA | 1,265.08 | 1,265.08 | 1,265.08 |
| R. SCOTT ALSTERDA AS TRUSTEE | 2200-000 | NA | 7.51 | 7.51 | 7.51 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 5.70 | 5.70 | 5.70 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 7.75 | 7.75 | 7.75 |
| ASSOCIATED BANK | 2600-000 | NA | 460.00 | 460.00 | 460.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,746.04 | $ 1,746.04 | $ 1,746.04 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002B | DEPARTMENT OF THE TREASURY | 5800-000 | NA | 3,360.08 | 3,360.08 | 2,074.17 |
| 000003B | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 1,718.28 | 1,718.28 | 1,060.69 |
| 000001B | ILLINOIS DEPT. OF EMPLOYMENT SECURI | 5800-000 | NA | 437.21 | 437.21 | 269.89 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 5,515.57 | $ 5,515.57 | $ 3,404.75 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMW Financial Services PO Box 9001065 Louisville, KY 40290 | | 38,770.00 | NA | NA | 0.00 |
| | Charter One PO Box 9665 Providence, RI 02940 | | 5,125.00 | NA | NA | 0.00 |
| | Copy Express PO Box 773 Skokie, IL 60076 | | 3,300.00 | NA | NA | 0.00 |
| | Dalton Medical PO Box 961 Addison, TX 75001 | | 7,827.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department of the Treaasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | 4,449.58 | NA | NA | 0.00 |
| | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338 | | 432.00 | NA | NA | 0.00 |
| | Illinois Dept of Employment Sec. bankruptcy Unit - Collection Sub. 33 South State Street, 10th Floor Chicago, IL 60603 | | 1,050.84 | NA | NA | 0.00 |
| | Invacare Corporation Collection Administrator 1320 Taylor Street Elyria, OH 44035 | | 24,793.00 | NA | NA | 0.00 |
| | MEDICARE Healthcare and Family Services 607 East Adams, Street7th Floor Springfield, IL 62701 | | 7,319.00 | NA | NA | 0.00 |
| | Main Kedvale Corporation 7721 North Kostner Avenue Skokie, IL 60076 | | 27,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Medline Industries Inc Dept CH 14400 Palatine, IL 60055 |  | 4,760.00 | NA | NA | 0.00 |
|  | National Government Services Inc Lockbox 809273 Chicago, IL 60680 |  | 2,732.00 | NA | NA | 0.00 |
|  | Tri-State Surgical & Equipment 7799 North Caldwell Avenue Niles, IL 60714 |  | 20,911.24 | NA | NA | 0.00 |
| 000006 | BMW FINANCIAL SERVICES NA, LLC | 7100-000 | NA | 8,031.78 | 8,031.78 | 0.00 |
| 000004 | DALTON MEDICAL CORPORATION | 7100-000 | NA | 7,827.70 | 7,827.70 | 0.00 |
| 000007 | MEDLINE INDUSTRIES INC | 7100-000 | NA | 4,866.86 | 4,866.86 | 0.00 |
| 000005 | TRISTATE SURGICAL | 7100-000 | NA | 22,517.51 | 22,517.51 | 0.00 |
| 000002A | DEPARTMENT OF THE TREASURY | 7300-000 | NA | 4,028.38 | 4,028.38 | 0.00 |
| 000003A | ILLINOIS DEPARTMENT OF REVENUE | 7300-000 | NA | 219.16 | 219.16 | 0.00 |
| 000001A | ILLINOIS DEPT. OF EMPLOYMENT SECURI | 7300-000 | NA | 50.00 | 50.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 148,469.66 | $ 47,541.39 | $ 47,541.39 | $ 0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-43245 DRC Judge: DONALD R. CASSLING | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | FASTRACK MEDICAL SUPPLIES INC | Date Filed (f) or Converted (c): | 10/31/12 (f) |
| | | 341(a) Meeting Date: | 12/20/12 |
| For Period Ending: | 03/03/17 | Claims Bar Date: | 04/30/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chase Checking Account | 37.00 | 4,615.41 | | 4,615.41 | FA |
| 2. $2,400.00 Security Deposit with Landlord - Main Ke | 0.00 | 0.00 | | 0.00 | FA |
| 3. Medicaid Helathcare and Family Services Bureau of | 28,293.76 | 535.38 | | 535.38 | FA |
| 4. 2009 Ford 150 Delivery Van (More than 58,312 Miles | 15,150.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous Used Office Furniture, Three Used Co | 600.00 | 0.00 | | 0.00 | FA |
| 6. Assorted Medical Supplies | 780.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $44,860.76 | $5,150.79 | | $5,150.79 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The State of Illinois owes money to the Debtor and a request for payment has been made, but due to the State's financial difficulties, payments are very delayed.

Initial Projected Date of Final Report (TFR): 08/30/13    Current Projected Date of Final Report (TFR): 01/31/17

/s/   R. SCOTT ALSTERDA

_____   Date: 03/03/17

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-43245    DRC    Judge: DONALD R. CASSLING | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | FASTRACK MEDICAL SUPPLIES INC | Date Filed (f) or Converted (c): | 10/31/12 (f) |
| | | 341(a) Meeting Date: | 12/20/12 |
| | | Claims Bar Date: | 04/30/13 |

R. SCOTT ALSTERDA

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-43245 -DRC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | FASTRACK MEDICAL SUPPLIES INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9891 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5482 | | | |
| For Period Ending: | 03/03/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/13 | 1 | JPMorgan Chase Bank, N.A. Columbus, OH | Checking Account (Cashier's Check) | 1129-000 | 4,615.41 | | 4,615.41 |
| 03/07/13 | 030001 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond Payment | 2300-000 | | 3.67 | 4,611.74 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,601.74 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,591.74 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,581.74 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,571.74 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,561.74 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,551.74 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,541.74 |
| 10/07/13 | 3 | Healthcare & Family Services Judy Baar Topinka Treasurer of the State of Illinois | A/R HC & F Services paid to Fastrac | 1121-000 | 187.24 | | 4,728.98 |
| 10/07/13 | 3 | Healthcare & Family Services Judy Baar Topinka | A/R HC & F Service paid to Fastrack | 1121-000 | 348.14 | | 5,077.12 |

Page Subtotals    5,150.79    73.67

Ver: 19.07

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-43245 -DRC |
| Case Name: | FASTRACK MEDICAL SUPPLIES INC |
| Taxpayer ID No: | *******5482 |
| For Period Ending: | 03/03/17 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9891 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Treasurer of the State of Illinois | | | | | |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,067.12 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,057.12 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,047.12 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,037.12 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,027.12 |
| 02/10/14 | 030002 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond #016026455 | 2300-000 | | 4.08 | 5,023.04 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,013.04 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,003.04 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,993.04 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,983.04 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,973.04 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,963.04 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,953.04 |

Page Subtotals         0.00        124.08

Ver: 19.07

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-43245 -DRC |
| Case Name: | FASTRACK MEDICAL SUPPLIES INC |
| Taxpayer ID No: | *******5482 |
| For Period Ending: | 03/03/17 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9891 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,943.04 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,933.04 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,923.04 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,913.04 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,903.04 |
| 02/20/15 | 030003 | Arthur B. Levine Company<br>Attention Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Bond #10BSBGR6291 | 2300-000 | | 2.75 | 4,900.29 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,890.29 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,880.29 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,870.29 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,860.29 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,850.29 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,840.29 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,830.29 |

Page Subtotals        0.00        122.75

Ver: 19.07

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-43245 -DRC | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | FASTRACK MEDICAL SUPPLIES INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9891 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5482 | | | |
| For Period Ending: | 03/03/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,820.29 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,810.29 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,800.29 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,790.29 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,780.29 |
| 02/12/16 | 030004 | Arthur B. Levine Company<br>Attention Maria Sponza<br>370 Lexington Avenue, Suite 1101<br>New York, New York 10017 | Bond Payment | 2300-000 | | 2.95 | 4,777.34 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,767.34 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,757.34 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,747.34 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,737.34 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,727.34 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,717.34 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,707.34 |

Page Subtotals 0.00 122.95

Ver: 19.07

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 12-43245 -DRC | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | FASTRACK MEDICAL SUPPLIES INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9891 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5482 | | | |
| For Period Ending: | 03/03/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,697.34 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,687.34 |
| * 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 4,677.34 |
| 01/31/17 | 030005 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Trustee Compensation | 2100-000 | | 1,265.08 | 3,412.26 |
| 01/31/17 | 030006 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Trustee Expenses | 2200-000 | | 7.51 | 3,404.75 |
| 01/31/17 | 030007 | Illinois Dept. of Employment Security<br>33 South State Street<br>Attn Bankruptcy Unit, 10th Fl.<br>Chicago, Illinois 60603 | Claim 000001B, Payment 61.73006% | 5800-000 | | 269.89 | 3,134.86 |
| 01/31/17 | 030008 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Claim 000002B, Payment 61.72978% | 5800-000 | | 2,074.17 | 1,060.69 |
| 01/31/17 | 030009 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000003B, Payment 61.72975% | 5800-000 | | 1,060.69 | 0.00 |

Page Subtotals          0.00          4,707.34

Ver: 19.07

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 15)*

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-43245 -DRC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | FASTRACK MEDICAL SUPPLIES INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9891 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5482 | | | |
| For Period Ending: | 03/03/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 02/28/17 | | Reverses Adjustment OUT on 12/07/16 | BANK SERVICE FEE  Bank Fee was crediited / reversed on 1-23-17 | 2600-003 | | -10.00 | 10.00 |
| 02/28/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 0.00 |

```
                              COLUMN TOTALS                    5,150.79       5,150.79          0.00
                         Less:  Bank Transfers/CD's              0.00             0.00
                              Subtotal                         5,150.79       5,150.79
                         Less:  Payments to Debtors                               0.00
                              Net                              5,150.79       5,150.79
```

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******9891 | 5,150.79 | 5,150.79 | 0.00 |
| | 5,150.79 | 5,150.79 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ R. SCOTT ALSTERDA

Trustee's Signature: _____ Date: 03/03/17

R. SCOTT ALSTERDA

Page Subtotals  0.00  0.00

Ver: 19.07

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*